# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON P.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] Commissioner of Social Security, <br><br> Defendant. | Case No. 2:25-cv-0102-RAO <br><br><br> **JUDGMENT** |

In accordance with the Order affirming the Commissioner's decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

DATED: June 30, 2025

                                    /s/
                          ROZELLA A. OLIVER
                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano, the Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.